| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (*if known*): _____ Chapter __11__

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

1. **Debtor's name**                                        Sovereign Tap, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    4  6  –  5  6  3  2  4  5  7

4. **Debtor's address**

   **Principal place of business**

   24205 Lockport St.
   Number      Street

   Plainfield, IL 60544
   City                     State      ZIP Code

   Will
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                     State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City                     State      ZIP Code

5. **Debtor's website** (URL)                        www.sovereigntap.com

Debtor     Sovereign Tap, LLC         Case number *(if known)* _____
     Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

     7   7   2   5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                       MM / DD / YYYY

          District _____   When _____   Case number _____
                                         MM / DD / YYYY

| Debtor | Sovereign Tap, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.

| | | |
|---|---|---|
| Debtor | Crusade Burger Bar, LLC | Relationship Affiliate |
| District | Northern Dist. IL | When 07/10/2024 |
| | | MM / DD / YYYY |
| Case number, if known | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

City                                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor _____ Sovereign Tap, LLC _____
          Name

Case number (if known) _____

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/08/2024
              MM  / DD / YYYY

X _____       Rafael Gomez
Signature of authorized representative of debtor       Printed name

Title   Manager

**18. Signature of attorney**

X   /s/ Timothy C. Culbertson                    Date    07/08/2024
Signature of attorney for debtor                         MM  / DD / YYYY

Timothy C. Culbertson
Printed name
Law Office of Timothy C. Culbertson
Firm name
P.O. Box 56020
Number      Street
Chicago, IL 60656
City                                State       ZIP Code

(847)913-5945                                   tcculb@gmail.com
Contact phone                                   Email address

6229083 - IL
Bar number                          State

**Fill in this information to identify the case and this filing:**

Debtor Name _____ Sovereign Tap, LLC

United States Bankruptcy Court for the: _____ Northern _____ District of _____ IL
(State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☒ Schedule H: Codebtors (Official Form 206H)

☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

❑ Amended Schedule ____

☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/06/2024___
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Rafael Gomez
Printed name

Manager
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: |
| --- |
| Debtor name    Sovereign Tap, LLC |
| United States Bankruptcy Court for the:  Northern   District of  IL   (State) |
| Case number (If known):  _____ |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Aaron Bedra 26761 Lindengate Circle Palinfield, IL 60585 | | Personal Loan | | | | $ 78,780.00 |
| 2  Chicago Elevator 2506 Clear Creek Dr. | | Vendor Services | | | | $  4,000.00 |
| 3  IL Dept of Revenue Bankruptcy Unit, PO Box 19035 Springfield, IL 62794 | | Sales Tax Liability | Contingent Disputed | | | Unknown |
| 4  J&R Plumbing P.O. Box 379 Sandwich, IL 60548 | | Services Rendered | | | | $ 14,454.00 |
| 5  Jack Wilso 345 N. Lasalle Dr., #4006 Chicago, IL 60654 | | Business Loan | | | | $242,285.00 |
| 6  John Argoudelis 15124 S, Rte. 59 | | Legal Services | | | | $ 78,278.00 |
| 7  Margaret Burke c/o M. Hedayat 1211 W. Lakeview Ct. Romeoville, IL60446 | | Judgment Creditor - | Contingent Disputed | | | $587,000.00 |
| 8  Secured Lender Solutions PO Box 2576 | | Unknown | | Unknown | Unknown | Unknown |

| Debtor | Sovereign Tap, LLC | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Tech Point<br>24119 W. Riverwalk Ct., #135 | | Service Agreement | Contingent Disputed | | | $ 115,000.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name _____Sovereign Tap, LLC_____

United States Bankruptcy Court for the: _____Northern_____ District of ___IL___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................   $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................   $ ___ 182,033.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................   $ ___ 182,033.00

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................   $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................   $ ___ 120,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................   **+** $ ___ 1,119,797.00

4. **Total liabilities**.......................................................................................................
    Lines 2 + 3a + 3b    $ ___ 1,239,797.00

---

**Fill in this information to identify the case:**

Debtor name _____ Sovereign Tap, LLC _____

United States Bankruptcy Court for the: ___ Northern ___ District of ___ IL ___
                                                                          (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                          $_____7,800.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Busey Bank - Operating Account | Checking | 3  1  0  7 | $_____22,133.00 |
| 3.2. | Busey Bank - Payroll Account | Checking | 9  6  7  5 | $_____8,419.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**                                                       $_____38,352.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _Security Deposit with Landlord_____   $_____5,000.00
   7.2. _____   $_____

Debtor    Sovereign Tap, LLC
Name _____    Case number (if known)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____5,000.00_____

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔    $_____
       face amount      doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔    $_____
       face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor _____   _____
         Sovereign Tap, LLC
         Name                                 Case number *(if known)*

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> Food, Liquor and Furniture | June, 2024 <br> MM / DD / YYYY | $ 73,181.00 | Replacement | $ 73,181.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 73,181.00

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor   Sovereign Tap, LLC
      Name

Case number *(if known)*_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture and equipment | $ 300.00 | June 2024 | $ 300.00 |
| **40. Office fixtures** | | | |
| | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer, POS, Phones and Software | $ 5,000.00 | Liquidation | $ 5,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 5,300.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor      Sovereign Tap, LLC
            _____          Case number *(if known)*_____
            Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | | $ _____ |
| 48.2 _____ | $ _____ | | $ _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Kitchen and Bar Equipment | $ 242,552.00 | Liquidation | $ 50,000.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                                              $ 50,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   Sovereign Tap, LLC
_____   Case number *(if known)*_____
Name

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website:  www.sovereigntap.com | $_____100.00 | Liquidation | $_____100.00 |
| 62. **Licenses, franchises, and royalties**<br>Business and Liquor License | $_____100.00 | Liquidation | $_____100.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____200.00

Debtor    Sovereign Tap, LLC
Name                                                        Case number *(if known)*_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➜    $_____
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    Loan due from Crusade Burger Bar    $    10,000.00
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $    10,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor        Sovereign Tap, LLC
              Name                                                    Case number (if known)

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 38,352.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 73,181.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 5,300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 50,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➔ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 200.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 10,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 182,033.00 | + 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................... $ 182,033.00

**Fill in this information to identify the case:**

Debtor name _____ Sovereign Tap, LLC _____

United States Bankruptcy Court for the: _____ Northern _____ District of _____ IL _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | Creditor's name
Secured Lenders Solutions

Describe debtor's property that is subject to a lien
Unknown

$ Unknown          $ Unknown

Creditor's mailing address
PO Box 2576
Springfield, IL 62708

Describe the lien
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number    2   4   5   7

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**2.2** | Creditor's name
Toast

Describe debtor's property that is subject to a lien
_____

$ 0.00          $ 0.00

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number    __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____ 0.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Sovereign Tap, LLC |
| United States Bankruptcy Court for the: | Northern District of IL |
| | (State) |
| Case number (If known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>IDOR - Bankruptcy Unit<br><br>PO Box 19035<br><br>Springfield, IL 62794 | As of the petition filing date, the claim is: $ 120,000.00<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | $ Unknown |
| | **Date or dates debt was incurred** | **Basis for the claim:** Sales Tax Liability | |
| | **Last 4 digits of account number** 2 4 5 7 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |

| **2.2** | Priority creditor's name and mailing address<br><br><br> | As of the petition filing date, the claim is: $<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |

| **2.3** | Priority creditor's name and mailing address<br><br><br> | As of the petition filing date, the claim is: $<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |

Debtor _____ Sovereign Tap, LLC _____  Case number (if known) _____
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Aaron Bedra

26761 Lindengate Circle

Plainfield, IL 60585

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78,780.00

**Basis for the claim:** Personal Loan

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Chicago Elevator

2506 Clear Creek Drive

Plainfield, IL 60586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,000.00

**Basis for the claim:** Vendor Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 2 4 5 7

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
J&R Plumbing

PO Box 379

Sandwich, IL 60548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,454.00

**Basis for the claim:** Services Rendered

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1 1 3 5

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Jack Wilson

345 N. Lasalle Dr., #4006

Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 242,285.00

**Basis for the claim:** Business Loan

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 2 4 5 7

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
John Argoudelis

15124 S. Route 59

Plainfield, IL 60544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78,278.00

**Basis for the claim:** Legal Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 6 2 4 0

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Margaret Burke, c/o M. Hedayat

1211 W. Lakeview Ct.

Romeoville, IL 60448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 587,000.00

**Basis for the claim:** Judgment Creditor - Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 2 4 7 6

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Sovereign Tap, LLC
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.7** | **Nonpriority creditor's name and mailing address**

Mike Bakos, c/o M. Hedayat

1211 W. Lakeview Ct.

Romeoville, IL 60446

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __2__ __4__ __7__ __6__

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Judgment Creditor - Notice Only

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$_____ 0.00

---

**3.8** | **Nonpriority creditor's name and mailing address**

Tech Point

24119 W. Riverwalk Ct., Ste. 135

Plainfield, IL 60544

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __2__ __4__ __5__ __7__

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Service Agreement

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$_____ 115,000.00

---

**3.9** | **Nonpriority creditor's name and mailing address**

Three XB, LLC, c/o M. Hedayat

1211 W. Lakeview Ct.

Romeoville, IL 60446

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __2__ __4__ __7__ __6__

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Judgment Creditor - Notice Only

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$_____ 0.00

---

**3.10** | **Nonpriority creditor's name and mailing address**

Travis Bonifas, c/o M. Hedayat

1211 W. Lakeview Ct.

Romeoville, IL 60446

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __2__ __4__ __7__ __6__

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Judgment Creditor - Notice Only

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$_____ 0.00

---

**3.11** | **Nonpriority creditor's name and mailing address**

Toast, Inc.

333 Summer St.

Boston, MA 02210

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** POS system

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$_____ Unknown

---

Debtor _____   Case number _(if known)_____
        Sovereign Tap, LLC
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|------------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a. **Total claims from Part 1** | 5a. | $          120,000.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $        1,119,797.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        1,239,797.00 |

**Fill in this information to identify the case:**

Debtor name _____ Sovereign Tap, LLC _____

United States Bankruptcy Court for the: ___ Northern ___ District of __ IL __
(State)

Case number (If known): _____    Chapter ____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Lease of Business Premises |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name _____ Sovereign Tap, LLC _____

United States Bankruptcy Court for the: ___ Northern ___ District of ___ IL ___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _____ Sovereign Tap, LLC _____

United States Bankruptcy Court for the: _____ Northern _____ District of _____ IL _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/02/2024 MM / DD / YYYY | to Filing date | ☒ Operating a business ☐ Other _____ | $ 1,093,981.00 |
| **For prior year:** | From 01/01/2023 MM / DD / YYYY | to 12/31/2023 MM / DD / YYYY | ☒ Operating a business ☐ Other _____ | $ 2,427,183.00 |
| **For the year before that:** | From 01/01/2022 MM / DD / YYYY | to 12/31/2022 MM / DD / YYYY | ☒ Operating a business ☐ Other _____ | $ 2,727,044.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to Filing date | _____ | $_____ |
| **For prior year:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |

| Debtor | Sovereign Tap, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name _____ Street _____ _____ City   State   ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name _____ Street _____ _____ City   State   ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Minor Threat, LLC Insider's name 24216 W. Lockport St., Suite B Street Plainfield, IL 60544 City   State   ZIP Code | _____ _____ _____ | $ 162,000.00 _____ | Monthly Management Fee _____ _____ |
| | **Relationship to debtor** common ownership/control | | | |
| 4.2. | _____ Insider's name _____ Street _____ City   State   ZIP Code | _____ _____ _____ | $_____ | _____ _____ _____ |
| | **Relationship to debtor** | | | |

---

Debtor _____Sovereign Tap, LLC_____ Case number (if known)_____
       Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City State ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City State ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City State ZIP Code | | | |

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Burke, et al. v. Crusade Burger | Breach of Contract | Circuit Court of Will County, IL | ☒ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | 17 CH 1517 | | | |
| | | | City State ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending |
| | | | | ☐ On appeal |
| | | | Name | ☐ Concluded |
| | **Case number** | | Street | |
| | | | | |
| | | | City State ZIP Code | |

---

| Debtor | Sovereign Tap, LLC | Case number *(if known)* |
|--------|--------------------|--------------------------|
| | Name | |

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|----------------------------|-------|
| | | $_____ |
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City        State        ZIP Code | **Case number** | Street |
| | | City        State        ZIP Code |
| | **Date of order or assignment** | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---------|-----------------------------------------------|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|
| 9.1.  Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2.  Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

| Part 5: | **Certain Losses** |
|---------|--------------------|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|-----------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------|--------------|------------------------|
| | | _____ | $_____ |

---

Debtor  Sovereign Tap, LLC
Name

Case number *(if known)*_____

---

| Part 6: | Certain Payments or Transfers |
|---|---|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Office of T. Culbertson | _____ | 07/09/2024 | $ 12,500.00 |
| | **Address** | _____ | | |
| | P.O. Box 56020 | | | |
| | Street | | | |
| | Chicago, IL 60656 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | timculbertson.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Debtor _____   Case number (if known)_____
         Sovereign Tap, LLC
         Name

---

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Napleton Jeep | 2018 Ford Mustang - Sold for $10,000.00 | 2023 | $ 10,000.00 |

**Address**

Street

City                     State      ZIP Code

**Relationship to debtor**

| | Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | | | | $_____ |

**Address**

Street

City                     State      ZIP Code

**Relationship to debtor**

---

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____  To _____ |
| | City          State      ZIP Code | |
| 14.2. | Street | From _____  To _____ |
| | City          State      ZIP Code | |

| Debtor | Sovereign Tap, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City        State        ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City        State        ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

Debtor _____Sovereign Tap, LLC_____   Case number *(if known)*_____
Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ Street _____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name _____ Street _____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City   State   ZIP Code | _____ _____ Address _____ _____ | _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City   State   ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

| Debtor | Sovereign Tap, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Debtor | Sovereign Tap, L:LC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City        State        ZIP Code | _____ City        State        ZIP Code | _____ | |

---

**Part 13:     Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | _____ Street | _____ | **Dates business existed** |
| | _____ City        State        ZIP Code | _____ | From _____    To _____ |
| 25.2. | _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | _____ Street | _____ | **Dates business existed** |
| | _____ City        State        ZIP Code | _____ | From _____    To _____ |
| 25.3. | _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | _____ Street | _____ | **Dates business existed** |
| | _____ City        State        ZIP Code | _____ | From _____    To _____ |

---

Debtor _____Sovereign Tap, LLC_____   Case number (if known)_____
　　　　　Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Joan Bowmen, Bowen & Bowen<br>Name<br>448 S. Frontage Rd.<br>Street<br>Burr Ridge, IL 60527<br>City　　　　　　State　　　ZIP Code | From _____   To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. <br>Name<br>Street<br>City　　　　　　State　　　ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br>Name<br>Street<br>City　　　　　　State　　　ZIP Code | From _____   To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br>Name<br>Street<br>City　　　　　　State　　　ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br>Name<br>Street<br>City　　　　　　State　　　ZIP Code | _____<br>_____<br>_____ |

Debtor _____ Sovereign Tap, LLC _____     Case number (if known)_____
                     Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City                        State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City                        State          ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City                        State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                        State          ZIP Code |

Debtor _____Sovereign Tap, LLC_____  Case number *(if known)*_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
Name
_____
Street
_____
City                                 State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jessica Gomez | 63 Oak Creek Dr., Yorkville, IL 60560 | Member and Manager | 47.5% |
| Rafael Gomez | 63 Oak Creek Dr., Yorkville, IL 60560 | Member and Manager | 47.5% |
| Nancy Kveton | 15639 S. River Rd., Plainfield, IL 60544 | Member | 2.5% |
| Mark Kveton | 15639 S. River Rd., Plainfield, IL 60544 | Member | 2.5% |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City          State     ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor _____ Sovereign Tap, LLC _____  Case number (if known) _____
               Name

Name and address of recipient

30.2

Name _____

Street _____

_____

City _____  State _____  ZIP Code _____

Relationship to debtor

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

Name of the parent corporation | Employer identification number of the parent corporation
_____ | EIN: __ __ - __ __ __ __ __ __ __

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

Name of the pension fund | Employer identification number of the pension fund
_____ | EIN: __ __ - __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/08/2024
           MM / DD / YYYY

✗ _____   Printed name   Rafael Gomez
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____Northern_____ District Of ____Illinois____

**In re**


Case No. _____

**Debtor**


Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _10,762.00_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ _10,762.00_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0.00_____

2.  The source of the compensation paid to me was:

    [X] Debtor          [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [X] Debtor          [ ] Other (specify)

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are
    members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not
    members or associates of my law firm. A copy of the agreement, together with a list of the names of the
    people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters.~~

e.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the Debtor in any adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| July 8, 2024 | /s/ Timothy C. Culbertson |
| --- | --- |
| *Date* | *Signature of Attorney* |
| | Law Office of T. Culbertson |
| | *Name of law firm* |

## United States Bankruptcy Court
### Northern District of Illinois

In re **Sovereign Tap, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jessica Gomez | Common | 47.5% | Membership |
| Mark Kveton<br>15639 S. River Road<br>Plainfield, IL 60544 | Common | 2.5% | Membership |
| Nancy Kveton<br>15639 S. River Road<br>Plainfield, IL 60544 | Common | 2.5% | Membership |
| Rafael Gomez | Common | 47.5% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 8, 2024**

Signature _____
Rafael Gomez

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of Illinois**

In re **Sovereign Tap, LLC**

|  |  |
|---|---|
| Debtor(s) | Case No. |
|  | Chapter  11 |

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    13

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **July 8, 2024**

Rafael Gomez/Manager                    MANAGER
Signer/Title

Aaron Bedra
26761 Lindengate Circle
Plainfield, IL 60585

Chicago Elevator
2506 Clear Creek Dr.
Plainfield, IL 60586

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794

J&R Plumbing
P.O. Box 379
Sandwich, IL 60548

Jack Wilson
345 N Lasalle Drive #4006
Chicago, IL 60654

John Argoudelis
15124 South Route 59
Plainfield, IL 60544

Margaret Burke
c/o Mazyar M Hedayat Esq.
1211 W Lakeview Ct.
Romeoville, IL 60446

Mike Bakos
c/o Mazyar M Hedayat Esq.
1211 W Lakeview Ct.
Romeoville, IL 60446

Secured Lender Solutions
PO Box 2576
Springfield, IL 62708

Tech Point
24119 W Riverwalk Ct., Ste. 135
Plainfield, IL 60544

Three XB LLC
c/o Mazyar M Hedayat, Esq.
1211 W Lakeview Ct.
Romeoville, IL 60446


Toast
333 Summer St.
Boston, MA 02210


Travis Bonifas
c/o Mazyar M Hedayat
1211 W Lakeview Ct.
Romeoville, IL 60446

# United States Bankruptcy Court
## Northern District of Illinois

In re:   **Sovereign Tap, LLC**

                            Debtor(s)

Case No.

Chapter   **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sovereign Tap, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jessica Gomez**
63 Oak Creek Dr., Yorkville, IL 60560

**Mark Kveton**
**15639 S. River Road**
**Plainfield, IL 60544**

**Nancy Kveton**
**15639 S. River Road**
**Plainfield, IL 60544**

**Rafael Gomez**
63 Oak Creek Dr., Yorkville, IL 60560


☐ None [*Check if applicable*]


**July 8, 2024**

Date

**/s/ Timothy C. Culbertson**

**Timothy C. Culbertson, ARDC No. 6229083**
Signature of Attorney or Litigant
Counsel for   **Sovereign Tap, LLC**
**Law Office of Timothy C.Culbertson**
**P.O.  Box 56020**
**Chicago, IL 60656**
**(847) 913-5945**
**tcculb@gmail.com**

# Sovereign Tap LLC

## Profit and Loss

### January 1 - July 9, 2024

| | TOTAL |
|---|---|
| Income | |
|   3000 Sales | |
|     3010 Sales - Beer | 81,294.80 |
|     3020 Sales - Food | 681,900.41 |
|     3030 Sales - Liquor | 323,134.34 |
|     3040 Sales - N/A Bev | 11,720.31 |
|     3050 Sales - Retail | 929.38 |
|     3060 Sales - Wine | 36,492.30 |
|   **Total 3000 Sales** | **1,135,471.54** |
|   3085 Uncategorized Income | 472.00 |
| **Total Income** | **$1,135,943.54** |
| Cost of Goods Sold | |
|   4000 Cost of Goods Sold | |
|     4010 Cost Bread | 7,840.96 |
|     4011 Cost Canned and Dry | 33,731.26 |
|     4013 Cost Dairy | 17,642.09 |
|     4015 Cost Meat | 75,780.41 |
|     4016 Cost N/A Beverage | 9,885.25 |
|     4018 Cost Produce | 54,216.47 |
|     4019 Cost Retail | 1,185.25 |
|     4020 Cost Seafood | 18,225.94 |
|   **Total 4000 Cost of Goods Sold** | **218,507.63** |
|   4024 LBW | |
|     4021 Cost Beer | 21,437.92 |
|     4022 Cost Liquor | 49,170.99 |
|     4023 Cost Wine | 12,319.47 |
|   **Total 4024 LBW** | **82,928.38** |
| **Total Cost of Goods Sold** | **$301,436.01** |
| **GROSS PROFIT** | **$834,507.53** |
| Expenses | |
|   5000 Gross Salaries | 233,338.58 |
|   5020 Payroll Taxes | 29,969.81 |
|   5025 Tip Expense | -6,630.12 |
|   5030 Employee Incentives | 3,945.23 |
|   5040 Employee Training/Seminars | 90.00 |
|   5060 Bonuses | 385.00 |
|   5075 Unapplied Cash Bill Payment Expense | 14,798.56 |
|   5101 Advertising & Marketing | -3,865.41 |
|   5105 Entertainment | 817.00 |
|   5106 Research and Development | 111.00 |

## Sovereign Tap LLC

### Profit and Loss

January 1 - July 9, 2024

| | TOTAL |
|---|---:|
| 5107 Special Events | 3,324.54 |
| 5200 Office Expenses | 249.00 |
| 5500 Office Supplies | -1,304.62 |
| 5530 Postage & Delivery | 2,419.30 |
| 5582 Professional Fees - Legal | 375.00 |
| **Total 5200 Office Expenses** | **1,738.68** |
| 5205 Bank Service Fees | 1,562.02 |
| 5210 Credit Card Fees | 22,234.87 |
| 5250 Dues & Subscriptions | 3,499.71 |
| 5260 Sales Tax | 1,626.84 |
| 5270 Storage Fees | 325.67 |
| 5400 Insurance | 11,257.76 |
| 5420 Medical Insurance | 1,615.68 |
| 5421 Vision Insurance | 64.36 |
| 5422 Dental Insurance | 412.23 |
| 5583 Licensing & Permits | 3,137.57 |
| 5585 Management Fees | 103,902.73 |
| 5586 Payroll Service Fees | 994.00 |
| 5600 Rent - Building | 46,500.00 |
| 5601 Rent - Equipment | 6,046.70 |
| 5620 Repair & Maintenance - Building | 3,269.30 |
| 5640 Repairs & Maintenance - Kitchen Equip | 3,045.07 |
| 5660 Repair & Maintenance - Building Equipment | 266.01 |
| 5701 Restaurant Expense | 26.00 |
| 5702 Beer Line Cleaning | 900.00 |
| 5704 Cookware | 1,182.04 |
| 5705 Decorations | 874.56 |
| 5706 Glassware | 320.00 |
| 5707 Grease Trap Pumping | 504.70 |
| 5709 Knife Sharpening | 540.00 |
| 5711 Other Outside Services | 16.00 |
| 5712 Paper/Disposables | 10,928.00 |
| 5715 Misc FOH Expense | 311.12 |
| 5716 Fire Suppression | 939.00 |
| 5717 Misc BOH Expense | 408.98 |
| 5719 POS Fees | 1,332.54 |
| 5721 Bar Supplies | 858.79 |
| 5722 Kitchen Equipment (Non-Cap) | 956.03 |
| 5723 Office Equipment (Non-Cap) | 158.91 |
| **Total 5701 Restaurant Expense** | **20,256.67** |
| 5710 Restaurant Cleaning | 220.00 |
| 5724 First Aid & Safety | 35.00 |

# Sovereign Tap LLC

## Profit and Loss

January 1 - July 9, 2024

| | TOTAL |
|---|---|
| 5800 Executive Expense | 2,650.00 |
| 5840 Travel - Mileage | 3,741.21 |
| **Total 5800 Executive Expense** | **6,391.21** |
| 5900 Facilities Expense | |
| 5901 Utilities - Cable/Satellite | 1,682.81 |
| 5902 Utilities - Electricity | 6,831.04 |
| 5903 Utilities - Gas | 3,506.46 |
| 5906 Utilities - Garbage/Recycling | 1,311.39 |
| 5907 Utilities - Water | 1,780.58 |
| 5908 Exterminating | 17,793.81 |
| 5909 Landscaping & Plowing | 450.00 |
| 5911 HVAC/Plumbing/Electrician | 675.00 |
| 5912 Janitorial/Linens | 27,382.03 |
| **Total 5900 Facilities Expense** | **61,413.12** |
| Interest Paid | 1,908.77 |
| **Total Expenses** | **$578,008.16** |
| **NET OPERATING INCOME** | **$256,499.37** |
| Other Expenses | |
| Cash Over/Short | 139.26 |
| **Total Other Expenses** | **$139.26** |
| **NET OTHER INCOME** | **$ -139.26** |
| **NET INCOME** | **$256,360.11** |

Form **8879-PE**

Department of the Treasury
Internal Revenue Service

### *E-file* Authorization for Form 1065

(For return of partnership income or administrative adjustment request)

**ERO must obtain and retain completed Form 8879-PE.**
**Go to *www.irs.gov/Form8879PE* for the latest information.**

For calendar year 2022, or tax year beginning _____, 2022, and ending _____, _____.

OMB No. 1545-0123

**2022**

| Name of partnership | Employer identification number |
|---|---|
| SOVEREIGN TAP, LLC. | 46-5632457 |

| Part I | Form 1065 Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c).............................. | 1 | 2,727,044. |
| 2 | Gross profit (Form 1065, line 3)........................................................ | 2 | 2,025,297. |
| 3 | Ordinary business income (loss) (Form 1065, line 22)...................................... | 3 | -393,515. |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2)......................... | 4 | |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c)............................. | 5 | |

| Part II | Declaration and Signature Authorization of Partner or Member or Partnership Representative |
|---|---|

I declare under penalties of perjury that:

**1a** If the Form 1065 is being transmitted as part of a return of partnership income, I am a partner or member of the named partnership.

**b** If the Form 1065 is being transmitted as part of an administrative adjustment request (AAR), I am the partnership representative (PR) of the named partnership.

**2** I have examined a copy of the partnership's electronic Form 1065 (whether used as return or AAR) and accompanying forms, schedules, and statements, and to the best of my knowledge and belief, it/they is/are true, correct, and complete.

**3** I am fully authorized to sign the return or AAR on behalf of the partnership.

**4** The amounts shown in Part I above are the amounts shown on the electronic copy of the partnership's Form 1065.

**5** I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to transmit the partnership's return or AAR to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission and (b) the reason for any delay in processing the return or AAR.

**6** I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income or AAR.

**Partner or Member or PR PIN: check one box only**

[X]  I authorize BOWEN & BOWEN to enter my PIN 01022 as my signature
ERO firm name                                    Don't enter all zeros
on the partnership's 2022 electronically filed return of partnership income or AAR.

[ ]  As a Partner or Member or PR of the partnership, I will enter my PIN as my signature on the partnership's 2022 electronically filed return of partnership income or AAR.

Partner or Member or PR signature: _____

Title: MANAGING MEMBER                                    Date: _____

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   36203421052
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2022 electronically filed return of partnership income or AAR for the partnership indicated above. I confirm that I am submitting this return or AAR in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature: JOAN BOWEN                                    Date: _____

## ERO Must Retain This Form — See Instructions
## Don't Submit This Form to the IRS Unless Requested To Do So

**BAA  For Paperwork Reduction Act Notice, see instructions.**

Form **8879-PE** (2022)

PTPA0901L  07/08/22

| Form **1065** | **U.S. Return of Partnership Income** | OMB No. 1545-0123 |
|---|---|---|
| | For calendar year 2022, or tax year beginning _____ , 2022, ending _____ , 20 ___ . | **2022** |
| Department of the Treasury Internal Revenue Service | Go to *www.irs.gov/Form1065* for instructions and the latest information. | |

| **A** Principal business activity | | | **D** Employer identification no. |
|---|---|---|---|
| RESTAURANT | | | 46-5632457 |
| **B** Principal product or service | Type or Print | SOVEREIGN TAP, LLC. 24205 LOCKPORT STREET PLAINFIELD, IL 60544 | **E** Date business started |
| FOOD & BEVERAGE | | | 12/04/2014 |
| **C** Business code number | | | **F** Total assets (see instructions) |
| 722511 | | | $ 1,292,244. |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify): _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: _____ 6

**J** Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---:|---:|
| **I N C O M E** | **1a** Gross receipts or sales . . . . . . . . . . . . | **1a** 2,727,044. | | |
| | **b** Returns and allowances . . . . . . . . . . . | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** | 2,727,044. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . | **2** | 701,747. |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . | **3** | 2,025,297. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . . . . . | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . | **6** | |
| | **7** Other income (loss) (attach statement) . . . . . . . . . . . . . . . . SEE STATEMENT 1 | **7** | 6,039. |
| | **8** **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . . . . . . . . . | **8** | 2,031,336. |
| **D E D U C T I O N S** (SEE INSTRS FOR LIMITATIONS) | **9** Salaries and wages (other than to partners) (less employment credits) . . . . . . . | **9** | 958,284. |
| | **10** Guaranteed payments to partners . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| | **11** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 50,310. |
| | **12** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | 216,696. |
| | **13** Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | 210,650. |
| | **14** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . SEE STATEMENT 2 | **14** | 98,853. |
| | **15** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | 156,205. |
| | **16a** Depreciation (if required, attach Form 4562) . . . . . . . . . | **16a** 119,083. | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return . . . | **16b** | **16c** | 119,083. |
| | **17** Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . . . . . . | **17** | |
| | **18** Retirement plans, etc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| | **19** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | |
| | **20** Other deductions (att stmt) . . . . . . . . . . . . . . . . . . . . SEE STATEMENT 3 | **20** | 614,770. |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . . . . . . . . . . | **21** | 2,424,851. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . . . . | **22** | -393,515. |
| **T A X   A N D   P A Y M E N T** | **23** Interest due under the look-back method — completed long-term contracts (attach Form 8697) . . . . . | **23** | |
| | **24** Interest due under the look-back method — income forecast method (attach Form 8866) . . . . . . . | **24** | |
| | **25** BBA AAR imputed underpayment (see instructions) . . . . . . . . . . . . . . . . | **25** | |
| | **26** Other taxes (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **26** | |
| | **27** **Total balance due.** Add lines 23 through 26 . . . . . . . . . . . . . . . . . . . . | **27** | |
| | **28** Payment (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **28** | |
| | **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed . . . . . . . | **29** | |
| | **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment . . . . . . . . | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

_____     _____
Signature of partner or limited liability company member     Date

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JOAN BOWEN | JOAN BOWEN | | | P00086654 |
| Firm's name ► BOWEN & BOWEN | | | Firm's EIN ► | 362800016 |
| Firm's address ► 445 S. FRONTAGE RD. BURR RIDGE, IL 60527 | | | Phone no. | 6303259800 |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**       PTPA0105 07/28/22       Form **1065** (2022)

Form 1065 (2022) SOVEREIGN TAP, LLC.                                    46-5632457                Page **2**

## Schedule B    Other Information

| | | Yes | No |
|---|---|---|---|
| **1** What type of entity is filing this return? Check the applicable box: | | | |

**a** ☐ Domestic general partnership      **b** ☐ Domestic limited partnership

**c** ☒ Domestic limited liability company    **d** ☐ Domestic limited liability partnership

**e** ☐ Foreign partnership           **f** ☐ Other: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | Yes | No |
|---|---|---|
| **2** At the end of the tax year: | | |
| **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **3** At the end of the tax year, did the partnership: | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Yes | No |
|---|---|---|
| **4** Does the partnership satisfy **all four** of the following conditions? | | |
| **a** The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . . . . . . | | X |
| **6** During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **8** At any time during calendar year 2022, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | X |
| **9** At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **10a** Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . . . . . . . . . . | | X |
| See instructions for details regarding a section 754 election. | | |
| **b** Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . | | X |
| **c** Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . | | X |

**BAA**                          PTPA0112  07/28/22                          Form **1065** (2022)

Form 1065 (2022)   SOVEREIGN TAP, LLC.                                  46-5632457                Page **3**

| **Schedule B** | **Other Information** *(continued)* | | |
|---|---|---|---|
| | | Yes | No |
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) .......................................................................... ☐ | | |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? ................................................................. | | X |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . | | |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. . . . | | X |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ............................................................................................... | | |
| **16a** | Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions............................ | X | |
| **b** | If "Yes," did you or will you file required Form(s) 1099?................................................................ | X | |
| **17** | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return ......................................................... | | |
| **18** | Enter the number of partners that are foreign governments under section 892.  0 | | |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)?............................. | | X |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 ......................................................................................... | | X |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)?........................... | | X |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions .................................................... If "Yes," enter the total amount of the disallowed deductions .................................. $ | | X |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions............................................................... | | X |
| **24** | Does the partnership satisfy one or more of the following? See instructions ........................................... | | X |
| | **a** The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| | **b** The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the partnership has business interest expense. | | |
| | **c** The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| **25** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund?........................................ If "Yes," enter the amount from Form 8996, line 15 ............................... $ | | X |
| **26** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership....................... Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| **27** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8?........................................................ | | X |
| **28** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. Percentage:                           By vote: _____    By value: _____ | | X |
| **29** | Reserved for future use ................................................................................... | | |
| **30** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ............................................................................. If "No," complete Designation of Partnership Representative below. | | X |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR    RAFAEL GOMEZ

| U.S. address of PR | 25211 MONROE CT _____ PLAINFIELD, IL 60585 | U.S. phone number of PR | 815-955-1041 |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | _____ | U.S. phone number of designated individual | |
|---|---|---|---|

**BAA**                                                                                                        Form **1065** (2022)

PTPA0112  12/13/22

Form 1065 (2022)   SOVEREIGN TAP, LLC.                                      46-5632457                    Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

| | | | Total amount |
|---|---|---|---|
| | **1** Ordinary business income (loss) (page 1, line 22)............................................ | **1** | -393,515. |
| | **2** Net rental real estate income (loss) (attach Form 8825)................................. | **2** | |
| | **3a** Other gross rental income (loss)........................ **3a** | | |
| | **b** Expenses from other rental activities (attach stmt)............. **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a.......................... | **3c** | |
| **Income (Loss)** | **4** Guaranteed payments: **a** Services **4a** **b** Capital **4b** | | |
| | **c** Total. Add lines 4a and 4b........................................................ | **4c** | |
| | **5** Interest income............................................................... | **5** | |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends....................... | **6a** | |
| | **b** Qualified dividends **6b**   **c** Dividend equivalents **6c** | | |
| | **7** Royalties..................................................................... | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)).................... | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)).................. | **9a** | |
| | **b** Collectibles (28%) gain (loss)........................ **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement)............ **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797)................................. | **10** | |
| | **11** Other income (loss) (see instructions)   Type: _____ | **11** | |
| **Deduc- tions** | **12** Section 179 deduction (attach Form 4562)................................ | **12** | |
| | **13a** Contributions.......................................... SEE STATEMENT 4 | **13a** | 10,646. |
| | **b** Investment interest expense........................................... | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)**   Type: _____ **(2)** Amount: | **13c(2)** | |
| | **d** Other deductions (see instructions)   Type: _____ | **13d** | |
| **Self- Employ- ment** | **14a** Net earnings (loss) from self-employment.................................. | **14a** | -373,838. |
| | **b** Gross farming or fishing income....................................... | **14b** | |
| | **c** Gross nonfarm income.............................................. | **14c** | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5))............................. | **15a** | |
| | **b** Low-income housing credit (other)...................................... | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)............ | **15c** | |
| | **d** Other rental real estate credits (see instructions).. Type: _____ | **15d** | |
| | **e** Other rental credits (see instructions)............ Type: _____ | **15e** | |
| | **f** Other credits (see instructions)..................... Type: _____ | **15f** | |
| **International** | **16** Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items—International, and check this box to indicate that you are reporting items of international tax relevance.......... ☐   SEE STATEMENT 5 | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment.................................... | **17a** | 3,830. |
| | **b** Adjusted gain or loss............................................. | **17b** | |
| | **c** Depletion (other than oil and gas)..................................... | **17c** | |
| | **d** Oil, gas, and geothermal properties — gross income...................... | **17d** | |
| | **e** Oil, gas, and geothermal properties — deductions....................... | **17e** | |
| | **f** Other AMT items (attach stmt)...................................... | **17f** | |
| **Other Infor- mation** | **18a** Tax-exempt interest income........................................ | **18a** | |
| | **b** Other tax-exempt income ......... SEE STATEMENT 6 | **18b** | 550,661. |
| | **c** Nondeductible expenses.......................................... | **18c** | 8,088. |
| | **19a** Distributions of cash and marketable securities......................... | **19a** | |
| | **b** Distributions of other property....................................... | **19b** | |
| | **20a** Investment income.............................................. | **20a** | |
| | **b** Investment expenses............................................ | **20b** | |
| | **c** Other items and amounts (attach stmt)                SEE STATEMENT 7 | | |
| | **21** Total foreign taxes paid or accrued.................................... | **21** | |

**BAA**                                       PTPA0134  07/28/22                                   Form **1065** (2022)

Form 1065 (2022)  SOVEREIGN TAP, LLC.                                   46-5632457        Page **5**

## Analysis of Net Income (Loss) per Return

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 | | | | **1** | -404,161. |

| 2 Analysis by partner type: | **(i)** Corporate | **(ii)** Individual (active) | **(iii)** Individual (passive) | **(iv)** Partnership | **(v)** Exempt Organization | **(vi)** Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | -383,952. | -20,209. | | | |

## Schedule L — Balance Sheets per Books

| Assets | (a) | (b) Beginning of tax year | (c) | (d) End of tax year |
|---|---|---|---|---|
| 1 Cash | | -5,755. | | -23,294. |
| 2a Trade notes and accounts receivable | 8,459. | | 3,843. | |
| b Less allowance for bad debts | | 8,459. | | 3,843. |
| 3 Inventories | | 37,636. | | 34,896. |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach stmt) SEE ST 8 | | 561,943. | | 299,869. |
| 7a Loans to partners (or persons related to partners) | | 68,817. | | 78,208. |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach stmt) | | | | |
| 9a Buildings and other depreciable assets | 1,213,509. | | 1,288,509. | |
| b Less accumulated depreciation | 327,567. | 885,942. | 446,650. | 841,859. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | 112,480. | | 112,480. | |
| b Less accumulated amortization | 53,119. | 59,361. | 60,618. | 51,862. |
| 13 Other assets (attach stmt) SEE ST 9 | | 5,001. | | 5,001. |
| 14 Total assets | | 1,621,404. | | 1,292,244. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 349,610. | | 329,865. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach stmt) SEE ST 10 | | 421,540. | | 509,446. |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | 166,800. | | 7,700. |
| 20 Other liabilities (attach stmt) SEE ST 11 | | 1,135,661. | | 759,028. |
| 21 Partners' capital accounts | | -452,207. | | -313,795. |
| 22 Total liabilities and capital | | 1,621,404. | | 1,292,244. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 138,412. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest .. $ _____ | | |
| | | STATEMENT 13 ____ 550,661. | 550,661. | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d and 21, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d and 21 (itemize): | | a Depreciation ..... $ _____ | | |
| a Depreciation ..... $ _____ | | | | |
| b Travel and entertainment ..... $ _____ | | | | |
| STATEMENT 12 ___ 8,088. | 8,088. | 8 Add lines 6 and 7 | 550,661. | |
| 5 Add lines 1 through 4 | 146,500. | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -404,161. | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -452,207. | 6 Distributions:   a Cash | | |
| 2 Capital contributed:  a Cash | | b Property | | |
| b Property | | 7 Other decreases (itemize): | | |
| 3 Net income (loss) (see instructions) | -404,161. | | | |
| 4 Other increases (itemize): | | STATEMENT 15 _____ | 8,088. | |
| STATEMENT 14 _____ | 550,661. | 8 Add lines 6 and 7 | 8,088. | |
| 5 Add lines 1 through 4 | -305,707. | 9 Balance at end of year. Subtract line 8 from line 5 | -313,795. | |

**BAA**                         PTPA0134  07/28/22                    Form **1065** (2022)

Form **1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
► **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| SOVEREIGN TAP, LLC. | 46-5632457 |

| | | | |
|---|---|---|---|
| **1** | Inventory at beginning of year | **1** | 37,636. |
| **2** | Purchases | **2** | 699,007. |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs (attach schedule) | **4** | |
| **5** | Other costs (attach schedule) | **5** | |
| **6** | **Total.** Add lines 1 through 5 | **6** | 736,643. |
| **7** | Inventory at end of year | **7** | 34,896. |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 701,747. |

**9 a** Check all methods used for valuing closing inventory:

   *(i)* ☒ Cost

   *(ii)* ☐ Lower of cost or market

   *(iii)* ☐ Other (Specify method used and attach explanation.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  **b** Check if there was a writedown of subnormal goods ► ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ► ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO      **9d**

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . ☐ Yes ☒ No

**BAA  For Paperwork Reduction Act Notice, see instructions.**　　　　　　　　　　Form **1125-A** (Rev. 11-2018)

CPCZ0401L  09/26/18